IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

ALAN JESSE CROSSLEY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 196, Motion to Continue by Alan Jesse Crossley.

The motion is granted, and sentencing is hereby reset for November 29, 2007, at 10:30 a.m.

**DONE AND ORDERED** this *23rd* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge